Deborah M. Isaacson
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
Telephone: 201-287-2460
Facsimile: 201-489-0495

*Attorneys for Defendant*
*Gutman, Mintz, Baker & Sonnenfeldt, LLP*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARINA MIRONENKO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP; and JOHN DOES 1-50 and ABC CORP. 1-50,<br><br>Defendants. | Civil Action No. _____<br><br><br>**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1441.** |

TO:   United States District Court
      District of New Jersey

Pursuant to 28 U.S.C. §1441, *et seq.*, defendant, GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP ("Defendant"), by and through its attorneys, Rivkin Radler, LLP, hereby removes the above-captioned action from the Superior Court of New Jersey, Law Division, Union County, to the United States District Court for the District of New Jersey. The basis for the removal is as follows:

1. This action was commenced by Plaintiff, Marina Mironenko, in the Superior Court of New Jersey, Law Division, Union County, on July 29, 2022, under Docket Number UNN-L-002201-11 (the "State Court Action"), with the filing of the Class Action Complaint and Jury Trial

Demand.  A copy of all process, pleadings and orders served upon Defendant in the State Court Action, as required by 28 U.S.C. § 1446(a), is annexed hereto as Exhibit A.

2. On September 13, 2022, Defendant was purportedly served with the Summons and Complaint in the State Court Action by delivery at its principal place of business.

3. This Notice is timely filed pursuant to 28 U.S.C. §1446(b) in that it is filed within thirty (30) days of Defendant's receipt of the Summons and Complaint.

4. The State Court Action is a civil action in which Plaintiff is seeking to recover damages based upon Defendant's alleged violations of 15 U.S.C. § 1692 *et seq.* (the "FDCPA"). *See* Ex. A (State Court Action Complaint) at ¶ 1.

5. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1331 and 1441 on the basis that Plaintiff is seeking relief for alleged violations of the FDCPA.  As such, Plaintiff's claims arise under "the Constitution, laws, or treaties of the United States."  28 U.S.C. §§ 1331.

6. Upon the filing of this Notice of Removal, Defendant shall promptly give written notice of this removal to Plaintiff's attorney and shall file a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Monmouth County, pursuant to 28 U.S.C. § 1446(d).

7. Defendant has complied will all conditions precedent to removal, and this removal has been timely filed.

8. For the reasons set forth above, Defendant respectfully requests that the State Court Action pending in the Superior Court of New Jersey, Union County, be removed therefrom in its entirety to this Court, as provided by law, and pursuant to 28 U.S.C. § 1446(d), that the Superior Court of New Jersey, Union County proceed no further unless and until this case is remanded.

Date: October 7, 2022

                        Respectfully Submitted,

                        *s/ Deborah M. Isaacson*
                        Deborah M. Isaacson
                        **RIVKIN RADLER LLP**
                        25 Main Street, Suite 501
                        Court Plaza North
                        Hackensack, New Jersey 07601
                        Telephone: 201-287-2460
                        Facsimile: 201-489-0495

                        *Attorneys for Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP*

6014408.v1