**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

―――――――――――――――――――――X
:
MARINA MIRONENKO, on behalf of herself and : all others similarly situated,
:
:
Plaintiff,   :   Civil Action No. 2:22-cv-05959-ES-JRA
:
vs.   :   **STIPULATION OF DISMISSAL**
:   **PURSUANT TO F.R.C.P.**
GUTMAN, MINTZ, BAKER &   :   **41(a)(1)(A)(ii)**
SONNENFELDT, LLP  and JOHN DOES 1-50   :
and ABC CORP. 1-50., JOHN DOES 1-25 and   :
ABC CORP. 1-50,   :
:
Defendants.   :

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants, and dismisses the claims on behalf of the putative class without prejudice.

Dated:  April 1, 2023        By: s/ Lawrence C. Hersh
                                                Lawrence C. Hersh, Esq.
                                                *Attorney for Plaintiff*

Dated:  April 1, 2023        By:  s/Ana Parikh
                                                Ana Parikh
                                                *Attorney for Defendant*

**SO ORDERED.** The Clerk of the Court shall mark this matter **CLOSED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated:** April 4, 2023